IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1] | Civil Action No. 04-584 GMS |
| Plaintiff,<br>v. | Adversary Case No. 02-03501 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| RESILIEN, INC., f/k/a LOGICARE | |
| Defendants. | |

### NOTICE OF SERVICE OF PLAINTIFF'S
### SECOND SET OF DOCUMENT PRODUCTION REQUESTS

I, Sandra G. McLamb, hereby certify, that pursuant to the Proof of Service, attached hereto as Exhibit A, a true and correct copy of the *Plaintiff's Second Set of Document Production Requests* was served on February 25, 2005 on the individual(s) listed below in the manner indicated herein:

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

*First Class Mail*
Patrick T. Collins
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556-0120

Dated: March 9, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
Sandra McLamb (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for the Plaintiffs/Debtors