## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 9th day of March 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. NOTICE OF SERVICE OF PLAINTIFF'S SECOND SET OF DOCUMENT PRODUCTION REQUESTS.

Dated: March 9, 2005

Patricia E. Cuniff

Sworn to and subscribed before me this 9th day of March, 2005

Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
**Notary** Public - State of Delaware
**My Comm.** Expires March 21, 2006

## SERVICE LIST

Inacom Civil Action No. 04-584 (GMS)
Resilien, Inc. f/k/a Logicare Service List
March 9, 2005
Document # 106342
**01 – Hand Delivery**
**01 – First Class Mail**

*Hand Delivery*
William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*First Class Mail*
Patrick T. Collins
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556-0120