IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INACOM CORPORATION | ) | Civil Action No. 04-584 (GMS) |
| Plaintiff, | ) | |
| v | ) | |
| RESILIEN, INC., | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Patrick Collins, Esquire of Farrell Fritz, P.C., EAB Plaza, Uniondale, New York 11556-0120, to represent Resilien, Inc. in this matter.

Dated: September 19, 2005
Wilmington, Delaware

Richard W. Riley (DE I.D. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901

*Co-Counsel for Resilien, Inc*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted

Date: _____     _____
                                 United States District Court Judge

WLM\211043.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Patrick Collins, Esquire
FARRELL FRITZ, P.C.
EAB Plaza
Uniondale, NY 11556-0120

*Co-Counsel for Resilien, Inc.*

2

WLM\211043.1