IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., et al., 1 | Bankruptcy Case No. 00-2426 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br><br>v.<br><br>RESILIEN, INC., f/k/a LOGICARE, | Civil Action No. 04-584 GMS<br>Adversary Case No. 02-03501 PJW |

**REQUEST FOR STATUS CONFERENCE AND SCHEDULING ORDER**

The plaintiff, the Liquidating Trust as represented by the Plan Administrator on behalf of the estate of Inacom Corp. respectfully requests a status conference to address questions pertaining to the status of this matter, a scheduling order, and a trial date.

On or about April 20, 2005, the parties reached a settlement of the adversary in principle. Over the following 30-60 days, the parties exchanged drafts of settlement agreements, and various side agreements related to the settling of the case and payment of the settlement sums by installment.

Defendant has informed plaintiff that it is unable to go forward with the settlement as negotiated and the Parties have to date been unable to successfully settle the case on any new settlement terms.

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

Under the circumstances, plaintiff respectfully request that this matter be scheduled for a teleconference before this Court so that appropriate dates and deadlines can be set to bring the matter to a full and complete resolution.

December 12, 2005

                               PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

                               /s/ Laura Davis Jones
                               Laura Davis Jones (DE Bar No. 2436)
                               Andrew W. Caine (CA Bar No. 110345)
                               Jeffrey P. Nolan (CA Bar No. 158923)
                               Sandra G. M. Selzer (DE Bar No. 4283)

                               919 North Market Street, 16th Floor
                               P.O. Box 8705
                               Wilmington, DE 19899-8705
                               Telephone: (302) 652-4100
                               Facsimile: (302) 652-4400
                               Electronic Mail: ljones@pszyjw.com
                                                                  acaine@pszyjw.com
                                                                  jnolan@pszyjw.com
                                                                  sselzer@pszyjw.com

                               Counsel for the Liquidating Trust as represented by the Plan Administrator INACOM CORP.

NO OBJECTION

FARRELL FRITZ, P.C.

/s/ Patrick T. Collins
_____
Patrick T. Collins
EAB Plaza
Uniondale, NY 11556-0120
Telephone: (516) 227-0700
Facsimile: (516) 227-0777

Counsel for Defendant RESILIEN, INC., f/k/a LOGICARE.