## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, hereby certify that on this 21 day of February 2006, I caused a copy of the foregoing *Notice of Court Ordered Telephone Status Conference Scheduled for February 24, 2006, at 9:30 a.m.* to be served on the individual(s) listed below in the manner indicated herein.

Patrick Collins, Esquire
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-0120

Counsel for Resilien f/k/a Logicare

Sandra G. M. Selzer (Bar No. 4283)