IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*,[1] | Bankruptcy Case No. 00-2426 PJW |
| INACOM CORP., on behalf of all affiliated Debtors<br><br>    Plaintiff,<br>v.<br><br>RESILIEN INC. f/k/a Logicare,<br><br>    Defendant. | Civil Action No. 04-584 GMS<br><br>[Adversary Case No. 02-03501 PJW]<br><br>**Related to Docket No. 25** |

**AMENDED NOTICE OF COURT ORDERED
TELEPHONE STATUS CONFERENCE
RESCHEDULED FOR MARCH 3, 2006 AT 11:45 A.M.**

**Toll Free Dial In Number: (888) 285-4585 Participant Code: 769115**

PLEASE TAKE NOTICE that the teleconference regarding the above-captioned matter originally scheduled for February 24, 2006 at 9:30 a.m. before the Honorable Gregory M. Sleet, United States District Court, for the District of Delaware, has been rescheduled to occur on **March 3, 2006 at 11:45 a.m.** Any party who chooses to participate in the status conference

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

DOCS_DE:106942.1

should dial-in approximately ten minutes prior to the conference start time using the above information.

Dated: February 28, 2006

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

/s/ Sandra G. M. Selzer

Laura Davis Jones (Bar No. 2436)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for the Plaintiffs/Debtors