## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, hereby certify that on this 28 day of February 2006, I caused a copy of the foregoing *Amended Notice of Court Ordered Telephone Status Conference Rescheduled for March 3, 2006, at 11:40 a.m.* to be served on the individual(s) listed below in the manner indicated herein.

**Via First Class Mail**
(Counsel for Resilien f/k/a Logicare)
Patrick Collins, Esquire
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-0120

_____
Sandra G. M. Selzer (Bar No. 4283)

1