UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., *et al*<br><br>Debtor. | CASE NO. 00-2426 (PJW)<br>Jointly Administered<br><br>CHAPTER 11 |
| INACOM CORP., on behalf of all affiliated Debtors,<br>　　　　　　　Plaintiffs,<br>　-against-<br>RESILIEN, INC., f/k/a LOGICARE,<br>　　　　　　　Defendant. | Civil Action No. 04-584 GMS<br><br>[Adv. Proc. No. 02-03501] |

## STIPULATION OF DIMISSAL

Inacom Corp., plaintiff, and Resilien, Inc., defendant, constituting all of the parties that have appeared in the above-captioned civil action, stipulate and agree that the action is hereby dismissed in its entirety with prejudice to refiling pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear its own costs and attorney's fees.

[CONTINUED ON NEXT PAGE]

1

Dated: March 24, 2006

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
        & WEINTRAUB, LLP

_____
Laura Davis Jones (DE Bar No. 2436)
Sandra G.M. Seltzer (DE Bar No. 4283)
Michael R. Seidl (DE Bar No. 3889)
Jeffrey P. Nolan (CA Bar No. 158923)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for the Plan Administrator to the Liquidating Trust on behalf of Inacom

FARRELL FRITZ, P.C.

_____
Patrick Collins
1320 Reckson Plaza
Uniondale, New York 11556-0120
Telephone: 516/227-0700
Facsimile: 516/227-0777
pcollins@farrellfritz.com

Counsel for Resilien f/k/a Logicare

FFDOCS1\680916.01